
Exhibit 3

From: Capes <capes@bancosta.it>
Sent: Friday, November 22, 2019 6:31 PM
To: chisato.maehara(NYKJP) <chisato.maehara@nykgroup.com>; ikumi.oga(NYKJP)
<ikumi.oga@nykgroup.com>; kenji.ishida(NYKJP) <kenji.ishida@nykgroup.com>;
naoki.motohashi(NYKJP) <naoki.motohashi@nykgroup.com>
Cc: Cecilia Colantuono <colantuono@bancosta.it>; hiroko.sakuma(NYKJP)
<hiroko.sakuma@nykgroup.com>; NYKJP.S.TRAMPTTT <NYKJP.S.TRAMPTTT@nykgroup.com>;
NYKJP.Tramp.Co-Ordination-G.Chartering-T <NYKJP.Tramp.Co-Ordination-G.Chartering-
T@nykgroup.com>; yuichi.takabatake(NYKJP) <yuichi.takabatake@nykgroup.com>
Subject: Cape Providence new TCP

banchero costa (dry - capes)

ref no : 330079099

Motohashi san / Mariano

Cape Providence new TCP ++IMPORTANT++

pls note foll from Owners

quote


Hope all is well on your side.
I would like to touch base with you basis Cape Providence present TCP with NYK.

We have our financing and covenant requirements coming up shortly and would need to take action
accordingly.
We would like to cancel the current charter-party and agree to a new agreement with exactly the same
terms, where we have "Riverside Navigation Ltd." as the counter-part instead of "Providence Navigation

Ltd.". This would give us the chance to finance ourselves through our vessel Riverside. Please find below the details of Riverside Navigation Ltd. accordingly.

Riverside Navigation Ltd.
Trust Company Complex
Ajeltake Road
Ajeltake İslands Majuro
Marshall Islands

I would very much appreciate if you can check and confirm the change with NYK as soon as possible so that we can start discussions with our Financiers' accordingly.

Thank you and let you know that I will be available for a call tomorrow morning once you are available to discuss the subject matter.
Best regards,


Capt. Gürol ZORER | Fleet Manager

Active Shipping & Management Pte Ltd
"Acting as Owners' Agents only"
A: Dudullu OSB Mahallesi, 2. Cad. No.5, 34776 Umraniye, Istanbul, Turkey
T: + 90 216 645 6361 | M: + 90 530 517 5728 gurol.zorer@activeshipping.com.sg


unqte


Best regards,

Mariano Rocca
capesize desk

Banchero Costa spa
Genoa, Italy

phone +39 010 56 31 234
mobile +39 3386772736
e-mail capes@bancosta.com

skype: marianorocca@live.it