# Exhibit 4

-----Original Message-----
From: Capes
Sent: Monday, December 02, 2019 1:34 AM
To: chisato.maehara(NYKJP) <chisato.maehara@nykgroup.com>; ikumi.oga@nykgroup.com; kenji.ishida@nykgroup.com; naoki.motohashi@nykgroup.com
Cc: Cecilia Colantuono <colantuono@bancosta.it>; hiroko.sakuma@nykgroup.com; NYKJP.S.TRAMPTTT@nykgroup.com; NYKJP.Tramp.Co-Ordination-G.Chartering-T@nykgroup.com; yuichi.takabatake@nykgroup.com
Subject: Cape Providence new TCP

  banchero costa  (dry - capes)

ref no : 330194971


ishida san / mariano

Cape Providence new TCP

foll from owners

qte


Good morning,

Thanks for your below mail for which I would like you to pass the Charterers as below ;

AAA. The reason for the change is due to the requirement of the Financiers' of the Owner. The Financiers would like to lend funds to the Owners with a different company, in this case Riverside Navigation Ltd. The Owners are happy to keep the same terms and commitments which they have agreed to however would like to do this through a different company in order to satisfy the requirements of the Financiers. The need for a new company is asked by the Financiers because of their internal requirements for which the Owner would like to comply.

BBB. Novation agreement is acceptable to Owners. Please to have your acceptable draft agreement at your earliest. The hire account will also change. Therefore, we may need to consider having an addendum to TCP with same date of the novation agreement.

CCC. Subject agreement can be prepared in a way to be in force at the one next hire period i.e. 20th Dec 2019, 08:30 UTC

Pleased to hear Charterers comments.


Saygılarımla / Kind Regards

Capt. Gürol ZORER | Fleet Manager

1

Active Shipping & Management Pte Ltd
"Acting as Owners' Agents only"
A: Dudullu OSB Mahallesi, 2. Cad. No.5,  34776 Umraniye, Istanbul, Turkey
T: + 90 216 645 6361  |  M: + 90 530 517 5728 gurol.zorer@activeshipping.com.sg

unqte

Best regards,

Mariano Rocca
capesize desk

Banchero Costa spa
Genoa, Italy

phone     +39 010 56 31 234
mobile    +39 3386772736
e-mail    capes@bancosta.com
skype:  marianorocca@live.it