## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NIPPON YUSEN KABUSHIKI KAISHA, | § § § | CIVIL ACTION |
| **Plaintiff,** | § § | CASE NO. _____ |
| v. | § § | JUDGE |
| RIVERSIDE NAVIGATION LTD., | § | MAGISTRATE |
| GLORY RIVERSIDE NAVIGATION LTD., ACTIVE DENIZCILIK VE | § § | IN ADMIRALTY |
| GEMI ISLETMECILIGI A.S., AND ACTIVE SHIPPING & MANAGEMENT PTE LTD., | § § § § | |
| **Defendants.** | § § | |

### ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Having reviewed and considered Plaintiff NIPPON YSEN KABUSHIKI KAISHA's

*Ex-Parte* Motion for Issuance of Process of Maritime Attachment and Garnishment

Pursuant to Supplemental Admiralty Rule B and for Expedited Consideration and Plaintiff's

Verified Complaint, together with the Attorney Declaration that the Defendants cannot be

found in the District, and finding that the conditions of Rule B of the Supplemental Rules for

Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to

exist, the Court hereby:

**ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment as prayed

for in the Verified Complaint against all property, tangible or intangible, belonging to , Defendants

RIVERSIDE NAVIGATION LTD. ( "Riverside"), GLORY RIVERSIDE NAVIGATION LTD. (

"Glory Riverside"), ACTIVE DENIZCILIK VE GEMI ISLETMECILIGI A.S., and ACTIVE

SHIPPING & MANAGEMENT PTE LTD. ( "Active") (collectively "Defendants") to wit: the M/T

RIVERSIDE (hereinafter "the Vessel"), which is currently located within the Middle District of

1

Louisiana, in an amount up to **USD 3,250,706.00** pursuant to Supplemental Rule B; and

      **ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiff and without further order of this Court; and

      **ORDERS** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

      **ORDERS** that the United States Marshal shall be authorized to serve this Order and the Process of Maritime Attachment and Garnishment on the Master or the vessel agent for the M/T RIVERSIDE (IMO No. 9412464) in the District; and

      **ORDERS** that the United States Marshal and/or any Substitute Custodian, which is subsequently appointed by this Court, is authorized to allow the M/T RIVERSIDE to conduct normal cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the United States Marshal's requirements), always remaining within this judicial district, and always at the risk and expense of the vessel's interests; and

      **ORDERS** that the United States Marshal is released and held harmless for any and all costs, fees, liabilities, or other expenses in any way arising out of the attachment of the M/T RIVERSIDE; and

      **ORDERS** that the charges and expenses incurred by the United States Marshal shall be deemed in *custodia legis*, and will be paid from the proceeds of the vessel's sale unless otherwise agreed. If a written objection is timely filed, payment of the disputed charges only shall be made after the objection is resolved by agreement of the parties or by Court Order. Payment of the undisputed charges shall not be affected; and

      **ORDERS** that any property of the Defendants, specifically the bunkers on board the M/T

RIVERSIDE, as well as any tangible or intangible property of Defendants in the possession of its steamship agents, may be released from attachment without further order of this Court, if the United States Marshal and/or Substitute Custodian receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and Plaintiff shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, from any and all claims arising from the attachment and release of the vessel as is herein specifically provided; and

ORDERS that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted.

SIGNED  at Baton Rouge, Louisiana this 9th day of September, 2020.

_____

Shirley D. Dick

UNITED STATES DISTRICT COURT JUDGE