# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NIPPON YUSEN KABUSHIKI KAISHA** | **CIVIL ACTION** |
| **VERSUS** | **NO.  3:20-cv-00588** |
| **RIVERSIDE NAVIGATION, LTD., GLORY RIVERSIDE NAVIGATION LTD., ACTIVE DENIZCILIK VE GEMI ISLETMECILIGI A.S., AND ACTIVE SHIPPING & MANAGEMENT PTE LTD.** | **JUDGE BRIAN A. JACKSON** <br><br> **MAGISTRATE SCOTT D. JOHNSON** |

### UNOPPOSED MOTION TO DISMISS
### VERIFIED COMPLAINT OF INTERVENTION (DOC. 26)

NOW INTO COURT, through undersigned counsel, comes plaintiff-in-intervention, Nassau Maritime Holdings Designated Activity Company ("Nassau Maritime") to respectfully request that its Verified Complaint of Intervention (Doc. 26) be dismissed for the reasons contained in the attached Memorandum in Support of Motion to Dismiss.

There is no opposition to this motion by any party remaining in the action.

Respectfully submitted,

**PHELPS DUNBAR LLP**


/s/ *Kevin J. LaVie*
Kevin J. LaVie (#14125)
Email: kevin.lavie@phelps.com
Magdalini Galitou (#38473)
Email: magdalini.galitou@phelps.com
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**ATTORNEYS FOR PLAINTIFF-IN-INTERVENTION, NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY**

PD.30640005.1